HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
ROY GENE DREES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROY GENE DREES,<br><br>Defendant. | Case No.  1:21-cr-00023-NONE-SKO-2<br><br>STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; AND ORDER<br><br>JUDGE: Hon. Barbara A. McAuliffe |

On February 24, 2021, at the hearing on the motion to revoke detention order, Mr. Drees was released subject to a number of conditions, including location monitoring.  *See* Dkt. #44. The language used in condition (7)(r) is the standard language for this district's home incarceration condition which employs a radio frequency transmitter device.  Mr. Drees's third-party custodian/residence is located in the Central District of California and they assumed courtesy supervision of Mr. Drees upon this release.  The Central District Pretrial Services employs GPS tracking for their home incarceration/location monitoring condition.  Accordingly, the following modification is requested by the parties.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Roy Gene Drees's order of release condition (7)(r) be modified to read as follows:

You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a GPS monitoring device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; HOME INCARCERATION: You must remain inside your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the PSO.

All prior orders not in conflict with this order shall remain in full force and effect.

Pretrial Services Officer Frank Guerrero is in agreement with the proposed modification.

Respectfully submitted,

PHILIP TALBERT
Acting United States Attorney

DATED: March 2, 2021                  */s/ David Gappa*
                                      DAVID GAPPA
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


                                      HEATHER E. WILLIAMS
                                      Federal Defender

DATED: March 2, 2021                  */s/ Charles J. Lee*
                                      CHARLES J. LEE
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      ROY GENE DREES

**O R D E R**

**IT IS SO ORDERED** that pretrial release condition (7)(r) be modified to read:

You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a GPS monitoring device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; HOME INCARCERATION: You must remain inside your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the PSO.

All prior orders not in conflict with this order shall remain in full force and effect.

IT IS SO ORDERED.

Dated: __March 2, 2021__        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE