**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**P.O. Box 688**
**Fresno, CA 93712- 688**
**Telephone (559) 224- 1800**
**Facsimile (559) 224- 1806**
**serita@seritarioslaw.com**

Attorney for Defendant ROY DREES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) Case No.  1:21-CR-00023-JLT-SKO |
| Plaintiff, | ) **STIPULATION TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE INVESTIGATION SCHEDULE; ORDER** |
| vs. | ) |
| ROY DREES., | ) Date: March 11, 2024 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Court: Hon. Jennifer L. Thurston |

This matter is set for sentencing on March 11, 2024. As set forth below, the parties now move, by stipulation, to continue the sentencing hearing to May 20, 2024.

Serita Rios, defense counsel for Mr. Drees has requested additional time to prepare for sentencing. Counsel is also working on a sentencing video which has not yet been completed and will require additional time to prepare. The Probation Officer assigned to this matter, Megan Pascual, has been notified of this stipulation.

IT IS HEREBY STIPUALTED by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above-captioned matter currently set for March 11, 2024, be continued to May 20, 2024.

**STIPULATION TO CONTINUE SENTENCING AND MODIFY PRESENTENCE INVESTIGATION SCHEDULE**

IT IS FURTHER STIPULATED that the Presentence Investigation Schedule be modified as follows:

| | |
|---|---|
| Judgement and Sentencing Date: | May 20, 2024 |
| Reply or Statement of Non-Opposition: | May 13, 2024 |
| Formal Objections to the PSR shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | May 6, 2024 |
| Final PSR shall be filed with the Court and disclosed to counsel no later than: | April 29, 2024 |
| Informal Objections to the PSR shall be delivered to the Probation Officer and opposing counsel no later than: | April 22, 2024 |

**IT IS SO STIPULATED.**

Dated: February 12, 2024

*/s/ Serita Rios*
_____

**Serita Rios**
Attorney for Defendant

Dated: February 12, 2024

*/s/ David L. Gappa*
_____

**David L. Gappa**
Assistant U.S. Attorney

---

**ORDER**

**IT IS SO FOUND AND ORDERED.**

Dated: February __12__, 2024

_____

**Jennifer L. Thurston**
United States District Court Judge

**STIPULATION TO CONTINUE SENTENCING AND MODIFY PRESENTENCE INVESTIGATION SCHEDULE**