Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant ROY GENE DREES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:21-CR-00023-JLT |
| Plaintiff, | **ORDER SEALING** |
| vs. | **EXHIBIT 1 OF ROY DREES'** |
| | **SENTENCING MEMORANDUM** |
| ROY GENE DREES, | |
| Defendant. | |

Pursuant to Local Rule 141(b), and the Request to Seal filed on behalf of defendant, ROY DREES, IT IS HEREBY ORDERED that Exhibit 1 of Mr. Drees' Sentencing Memorandum be SEALED until further order of the Court.

IT IS SO ORDERED.

Dated:   **May 13, 2024**

_____
UNITED STATES DISTRICT JUDGE