UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:21-CR-00023-2-JLT; |
| ) | Appeal No: 24-3362 |
| Plaintiff, ) | |
| ) | **O R D E R** |
| vs. ) | **APPOINTING COUNSEL** |
| ) | |
| ROY GENE DREES, ) | |
| ) | |
| Defendant. ) | |

The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes the Court to appoint him counsel. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1.  Devin Burstein is appointed to represent the above defendant in this case effective *nunc pro tunc* to May 21, 2024 on appeal. This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated: **June 3, 2024**

UNITED STATES DISTRICT JUDGE