Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant ROY GENE DREES

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ROY GENE DREES,<br><br>　　　　　　　　Defendant. | Case No. 1:21-CR-00023-JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT AND ORDER** |

On December 27, 2021, CJA Panel Counsel, Serita Rios, was appointed to represent Mr. Drees. Mr. Drees was sentenced pursuant after pleading guilty to the Indictment on May 20, 2024. A Notice of Appeal was filed on May 28, 2024, and attorney Devin Burstein was appointed to represent Mr. Drees in his appeal. Mr. Drees self-surrendered to the Bureau of Prisons on August 26, 2024.

The trial phase of Mr. Drees' criminal case has, therefore, come to an end. Having completed her representation of Mr. Drees, Counsel, Serita Rios, now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Drees require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-

5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: September 10, 2024

*/s/ Serita Rios*
_____
**Serita Rios**
Attorney for Defendant

_____

### ORDER

Having found that attorney Serita Rios has completed the services for which she was appointed, the Court hereby grants Counsel Serita Rios' request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant, ROY DREES, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

> Roy Drees, #27021-509
> MDC Los Angeles
> Metropolitan Detention Center
> P.O. Box 531500
> Los Angeles, CA 90053

IT IS SO ORDERED.

Dated:  **September 11, 2024**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

**MOTION TO TERMINATE CJA APPOINTMENT AND [~~PROPOSED~~] ORDER**