# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:21-CR-00023-2-JLT |
| ) | |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| ROY GENE DREES, ) | |
| ) | |
| Defendant. ) | |

The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes counsel to be reappointed to represent him on his re-sentencing. Therefore, the Court ORDERS that Serita Rios be reappointed to represent the above defendant in this case effective *nunc pro tunc* to March 25, 2025 on his re-sentencing. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   **March 27, 2025**

UNITED STATES DISTRICT JUDGE